UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIS COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV414-220 |
| | ) | |
| STATE OF GEORGIA; | ) | |
| DAVID LOWE, | ) | |
| Director, Child Support Agency; | ) | |
| CARROL BRANNEN, | ) | |
| Child Support Agency, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Willis Cooper has filed a virtual carbon copy of a case he filed in 2013 contesting the validity of a child-support arrearage and related incarcerations. (Doc. 1); *see Cooper v. State of Georgia* ("*Cooper I*"), No. CV413-091, docs. 5 & 8 (S.D. Ga. June 11, 2013). He also seeks leave to file this case *in forma pauperis* (IFP). (Doc. 2.) Cooper has satisfied this Court's prior order in quest of more information showing his indigence, so the Court **GRANTS** his motion. This case, however, must be **DISMISSED**. It is duplicative. Furthermore, as the Court explained in Cooper's prior case, *Cooper I*, doc. 5, any claim as to his incarceration is

barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), and this Court lacks jurisdiction "'over suits that are, in substance, appeals from state court judgments.' *Hoblock v. Albany Cnty. Bd. of Elections*, 422 F.3d 77, 84 (2d Cir.2005) (citing *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983))." *Netterville v. City of New York*, 2013 WL 541503 at * 2 (S.D.N.Y. Feb. 7, 2013) (dismissing similar "child support" gripe case).

**SO REPORTED AND RECOMMENDED,** this  30th   day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA