IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIS COOPER,)
)
    Petitioner,)
)
v.) CASE NO. CV414-220
)
STATE OF GEORGIA; DAVID LOWE,)
Director, Child Support)
Agency; CARROL BRANNEN, Child)
Support Agency,)
)
    Defendants.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. As a result, the report and recommendation is **ADOPTED** as the Court's opinion. Accordingly, this case hereby **DISMISSED** and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of March 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA